UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20365-CR-KMM

UNITED STATES OF AMERICA,

vs.

ELADIO ANDRES CONNOR,

        Defendant.
_____/

**STIPULATED FACTUAL PROFFER**

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On or about August 31, 2023, a Maritime Patrol Aircraft ("MPA") detected a go-fast vessel (GFV) approximately 100 nautical miles South of Santo Domingo, Dominican Republic. The GFV had two individuals on board and displayed no indicia of nationality. The United States Coast Guard ("USCG") Cutter CONFIDENCE was diverted to interdict and investigate. The CONFIDENCE launched a smaller boat with a USCG boarding team and a helicopter to approach the GFV and conduct a Right of Visit boarding. The GFV initially did not to stop.

When the USCG boarding team arrived alongside the GFV, the boarding team proceeded to ask who the master or person in charge of the vessel was. One individual identified himself as the master and claimed the vessel was from Colombia. It is unclear as to whether this individual made a Colombian nationality claim for the vessel or merely stated the vessel had traveled from Colombia. In an abundance of caution, the United States contacted the Government of the Republic of Colombia, who responded that they could neither confirm nor deny the nationality of

the vessel. Based on this their response, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

The two individuals on board were subsequently identified as ELADIO ANDRES CONNOR and MARCO FLORICEL SANCHEZ, both nationals from the Dominican Republic. The USCG boarding team recovered and seized a total of seven bales. The contents of the bales were field tested and tested positive for the presence of cocaine with an approximate weight of 340 kilograms of cocaine. Both individuals, along with the suspected cocaine, were transferred to the USCGC CONFIDENCE.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: Jan. 18, 2024       By: _____
                              YVONNE RODRIGUEZ-SCHACK
                              ASSISTANT UNITED STATES ATTORNEY

Date: 1/18/24             By: _____
                              ELADIO ANDRES CONNOR
                              DEFENDANT

Date: 1/18/24             By: _____
                              ASHLEY KAY
                              ATTORNEY FOR DEFENDANT

2